| | United States Bankruptcy Court | 10-14072 |
|---|---|---|
| | Eastern District of Louisiana | Section B |
| | TRUSTEE'S NOTICE OF INTENTION TO PAY CLAIMS | Chapter 13 |

ALONZO MCDANIEL
1509 WAKEFIELD DR
MARRERO LA 70072

Notice is hereby given that the Trustee intends to pay the creditors who have filed claims as listed below. Any party in interest who objects to the payment of any of these claims must file an objection, with service upon the Trustee, the debtor, the debtor's attorney, and the claimant, pursuant to FRBP 3007. Absence of a timely objection will be construed as approval by the debtor of the claims as listed.

| | Name | Account Number | Type | Claim Amount |
|---|---|---|---|---|
| 1 | MARIX SERVICING LLC | 9879 | MTG ARRS | 46,799.32 |
| 2 | MARIX SERVICING LLC | 9879 | DIRECT PAY | 113,172.41 |
| 8 | THE FAIRVILLE CO | 5148 | UNSECURED | 45,535.56 |
| 7 | INDEPENDENT CREDIT INC | 5620 | UNSECURED | 2,048.34 |
| 3 | B-REAL LLC | XX0044 | UNSECURED | 864.17 |
| 4 | YOSEMITE RECOVERY | 8686193 | UNSECURED | 536.46 |
| 9 | LA DEPT OF REVENUE | 6319 | PRIORITY | 1,511.07 |
| 10 | LA DEPT OF REVENUE | 6319 | UNSECURED | 407.07 |
| 11 | BELLSOUTH TELECOMMUNICATIONS INC | 504-349-9998-001 | UNSECURED | 397.79 |

Attorney for Debtor:

WILLIAM H DAUME

/s/ S.J. Beaulieu,Jr.
S.J. Beaulieu, Jr., Chapter 13 Trustee

CERTIFICATE OF SERVICE

I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by first class mail, prepaid, upon the debtor.

05/27/2011    by: /s/ Kane